**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__   District of __New York__
                           (State)

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    *Check one:*

    ☐ Chapter 7
    ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

    Wythe Berry Fee Owner LLC

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

    ☑ Unknown

    __ __ – __ __ __ __ __ __ __
    EIN

5. **Debtor's address**

    **Principal place of business**

    55 Wythe Avenue
    Number    Street

    _____

    Brooklyn            NY     11249
    City                State  ZIP Code

    Kings
    County

    **Mailing address, if different**

    199 Lee Avenue, #693
    Number    Street

    _____
    P.O. Box

    Brooklyn            NY     11211
    City                State  ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____

    _____
    City                State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor __Wythe Berry Fee Owner LLC__                     Case number (*if known*)_____
       Name

**6. Debtor's website** (URL) _____

**7. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☐ No
- ☑ Yes. Debtor __Evergreen Gardens II LLC__   Relationship __Affiliate__
  District __SDNY__   Date filed __9/14/21__   Case number, if known __21-11610__
  MM / DD / YYYY

  Debtor __All Year Holdings Limited__   Relationship __Affiliate__
  District __SDNY__   Date filed __12/13/21__   Case number, if known __21-12051__
  MM / DD / YYYY

### Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Wythe Berry Fee Owner LLC
         Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mishmeret Trust Company Limited | Unsecured guaranty | $ not less than $18,600 |
| Yelin Lapidot Provident Funds Management Ltd. | Unsecured guaranty | $ not less than $18,600 |
| The Phoenix Insurance Company Limited | Unsecured guaranty | $ not less than $18,600 |
| | Total of petitioners' claims | $ not less than $74,400 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Mishmeret Trust Company Ltd.
Name

48 Derech Menachem Begin
Number  Street

Tel Aviv-Yafo          Israel        6618003
City                   State         ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City         State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/06/2022
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title
Mishmeret Trust Company LTD

**Attorneys**

Michael Friedman
Printed name

Chapman and Cutler LLP
Firm name, if any

1270 Avenue of the Americas
Number  Street

New York                     NY        10020
City                         State     ZIP Code

Contact phone  212-655-2508    Email friedman@chapman.com

Bar number   2498673

State        New York

X _____
Signature of attorney

Date signed  10/06/2022
             MM / DD / YYYY

Debtor     Wythe Berry Fee Owner LLC                             Case number (if known) _____
           Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Klirmark Opportunity Fund III L.P. | Unsecured guaranty | $ not less than $18,600 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ not less than $74,400 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Klirmark Opportunity Fund III L.P.
Name

2a Jabotinsky Street
Number     Street

Ramat Gan          Israel          5250501
City               State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number     Street

_____
City       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/06/2022
             MM / DD / YYYY

X  Klirmark Opportunity Fund III, L.P.
   By: Klirmark Fund III (G.P.) L.P.
   By: Klirmark Fund 3 General Partner LTD
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number     Street

_____
City       State     ZIP Code

Contact phone _____  Email _____

Bar number _____

State  _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

Debtor: Wythe Berry Fee Owner LLC

Case number (if known): _____

### Name and mailing address of petitioner

Name: Yelin Lapidot Provident Funds Management Ltd.

Number Street: Migdal Al, Dizengoff 50

City: Tel Aviv    State: Israel    ZIP Code: 6433222

### Name and mailing address of petitioner's representative, if any

Name: _____

Number Street: _____

City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/06/2022

X _____ CARMEL KENNY CIO

Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____   State: _____   ZIP: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed: _____

---

### Name and mailing address of petitioner

Name: The Phoenix Insurance Company Limited

Number Street: Derech Hashalom 53

City: Giv'atayim    State: Israel    ZIP Code: 53545

### Name and mailing address of petitioner's representative, if any

Name: _____

Number Street: _____

City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

X _____ Israel Fixed Income Manager

Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed: _____

Official Form 205         Involuntary Petition Against a Non-Individual         page 4

Debtor __Wythe Berry Fee Owner LLC__     Case number (if known)_____
       Name

### Name and mailing address of petitioner

Yelin Lapidot Provident Funds Management Ltd.
Name

Migdal Al, Dizengoff 50
Number   Street

Tel Aviv          Israel         6433222
City              State          ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City                     State      ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

The Phoenix Insurance Company Limited
Name

Derech Hashalom 53
Number   Street

Giv'atayim        Israel         53545
City              State          ZIP Code

### Name and mailing address of petitioner's representative, if any

EINAT REGEV
Name

_____
Number   Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09.22.2022
            MM / DD / YYYY

✗ _[signature]_ Israel Fixed Income Manager
Signature of petitioner or representative, including representative's title
einatr1@fnx.co.il

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City                     State      ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4