# **EXHIBIT C**

## **Declaration of Default**

17 פברואר 2021

לכבוד

**מחזיקי אגרות החוב (סדרה ג') של אול-יר הולדינגס לימיטד ("החברה")**

הנדון : **הודעה בדבר תוצאות אסיפה של מחזיקי אגרות החוב (סדרה ג') של החברה**

**משמרת- חברה לשירותי נאמנות בע"מ** הנאמן למחזיקי אגרות החוב (סדרה ג') של החברה (להלן : "**הנאמן**" ו-"**אגרות החוב**", בהתאמה), מתכבדת לדווח בזאת על תוצאות אסיפה של מחזיקי אגרות החוב אשר התקיימה ללא התכנסות בפועל ביום 16/02/2021 על פי זימון שפורסם ביום 14/02/2021[1] (להלן : "**האסיפה**", "**הזימון**", בהתאמה).

באסיפה השתתפו מחזיקי אגרות החוב (סדרה ג') המחזיקים ב- 480,650,422 ₪ המהווים כ-82.96% מסך הערך הנקוב של אגרות החוב שבמחזור.

להלן תוצאות הצבעת מחזיקי אגרות החוב (סדרה ג') בקשר עם הצעות ההחלטה כפי שהועלו בכתב ההצבעה :

**הצעת החלטה 1 – העמדת אגרות החוב לפרעון מיידי**

**להעמיד לפירעון מיידי** את מלוא חוב החברה כלפי מחזיקי אגרות החוב בסדרה הרלוונטית.

ככל שהצעה זו תתקבל ואגרות החוב יועמדו לפירעון מיידי, בהיעדר הסכמה אחרת מצד החברה, בהתאם לתנאי כתב ההתחייבויות מיום 10.12.2021[2] והתוספת לכתב ההתחייבויות מיום 07.01.2021[3] – כל ההתחייבויות החברה המפורטות בהן תתבטלנה.

במקרה של העמדת אגרות החוב לפירעון מיידי (קרי, שהצעה שבסעיף 1 זה תתקבל ברוב הנדרש) תפורסם אסיפת התייעצות ו/או אסיפת הצבעה לקבלת החלטות משלימות ככל שידרש.

**מובהר כי ההחלטה בסעיף זה כפופה להתחייבויות השיפוי והמימון שבסעיף 9 לזימון האסיפה, ולעניין זה יראו את האמור בסעיף 9 לזימון, כחלק בלתי נפרד מהצעת ההחלטה זו.**

**הרוב הדרוש לקבלת החלטה זו הינו רוב רגיל של המחזיקים ביתרת הערך הנקוב של קרן אגרות החוב מהסדרה הרלוונטית המיוצג בהצבעה, למעט נמנעים.**

סך הקולות שהשתתפו בהצבעה הסתכם ב- 480,650,422 ע.נ., להלן פירוט אופן הצבעתם :

**478,156,395** ₪ ע.נ. אגרות חוב, המהווים 99.48% מכלל המשתתפים בהצבעה, הצביעו "**בעד**" ההחלטה.
**2,494,027** ₪ ע.נ. אגרות חוב, המהווים 0.52% מכלל המשתתפים בהצבעה, הצביעו "**נגד**" ההחלטה.

הצעת ההחלטה **אושרה**.

---

[1] מס' אסמכתא : 2021-10-018016.
[2] אסמכתא 2020-01-126997
[3] אסמכתא 2021-01-003582

משרד ראשי: דרך מנחם בגין 48, תל אביב 6618001, ישראל, טל: 03-6374352, פקס: 03-6374344

### הצעת החלטה 2 – מתן אישור לחברה לנקיטה בהליכי חדלות פרעון בארה"ב

מוצע לתת הסכמה לחברה, ככל שתחליט לעשות כן משיקולים הנוגעים לטובת החברה, לנקוט בהליכי חדלות פרעון בארה"ב (Chapter 11) וזאת בהתאם ובכפוף לתנאים שייקבעו על ידי נציגות מחזיקי אגרות החוב ככל שניתן ומותר ובהיקף המירבי האפשרי על פי הדין הרלוונטי.

כחלק מהצעת החלטה זאת מוצע להסמיך את נציגות מחזיקי אגרות החוב לתת הסכמה לחברה, ככל שתתבקש, לנקוט בהליכי חדלות פרעון בארה"ב גם ביחס לחברות המוחזקות של החברה ולקבוע תנאים למתן הסכמה כאמור ובלבד שהליכים הנוגעים לנכס המשועבד לטובת הנאמן למחזיקי אגרות החוב (סדרה ג') ולטובת הנאמן למחזיקי אגרות החוב (סדרה ה') ולחברות המוחזקות על ידי החברה אשר יש להן זכויות כלשהן בנכסים המשועבדים הנ"ל ייעשו בתנאי שאושרו גם על ידי הנציג שנבחר על ידי הסדרה הרלוונטית לכהונה בנציגות. מובהר כי אין באמור למנוע מכל אחת מהסדרות האמורות לנקוט בהליכי פירעון ו/או בהליכים למימוש השעבודים אם תתקבל לכך החלטה באסיפת מחזיקי אגרות החוב בסדרה הרלוונטית.

**מובהר כי ההחלטה בסעיף זה כפופה להתחייבות השיפוי והמימון שבסעיף 9 לזימון האסיפה, ולעניין זה יראו את האמור בסעיף 9 לזימון, כחלק בלתי נפרד מהצעת ההחלטה זו.**

**הרוב הדרוש לקבלת החלטה זו הינו רוב של שני שלישים של המחזיקים ביתרת הערך הנקוב של קרן אגרות החוב מהסדרה הרלוונטית המיוצג בהצבעה.**

סך הקולות שהשתתפו בהצבעה הסתכם ב- 480,650,422 ע.נ., להלן פירוט אופן הצבעתם :

**453,661,184** ₪ ע.נ. אגרות חוב, המהווים 94.38% מכלל המשתתפים בהצבעה, הצביעו "**בעד**" ההחלטה.
**26,989,238** ₪ ע.נ. אגרות חוב, המהווים 5.62% מכלל המשתתפים בהצבעה, הצביעו "**נגד**" ההחלטה.

הצעת ההחלטה **אושרה**.

### הצעת החלטה 3 – הוראה לנאמן לנקוט בהליכים משפטיים

להסמיך את הנציגות המשותפות להורות לנאמן לנקוט בהליכים משפטיים, בהתאם להחלטת הנציגות המשותפת (אם וככל שתחליט) לאחר קבלת המלצת בא כח הנאמן ומחזיקי אגרות החוב בישראל ובאיי הבתולה (לרבות הגשת בקשה למתן צו לפתיחת הליכים, בקשה למתן סעדים זמניים, בקשה למינוי נאמנים זמניים ו/או נאמנים קבועים על נכסי החברה, צו הקפאת הליכים לפי חוק חדלות פירעון ושיקום כלכלי, התשע"ח-2018, וכן נקיטת הליכים מתאימים בארה"ב או באיי הבתולה ככל שנדרש).

למען הסר ספק, מובהר כי הנציגות תהיה רשאית להורות על נקיטת הליכים בארה"ב ו/או באיי הבתולה וזאת גם ללא נקיטת הליכים בישראל, זאת ככל שלאחר קבלת המלצת בא כח הנאמן כאמור סבורה הנציגות כי אופן פעולה זה יהיה היעיל לצורך הגנה על זכויות מחזיקי אגרות החוב.

**מובהר כי ההחלטה בסעיף זה כפופה להתחייבות השיפוי והמימון שבסעיף 9 לזימון האסיפה, ולעניין זה יראו את האמור בסעיף 9 לזימון, כחלק בלתי נפרד מהצעת ההחלטה הנ"ל.**

**הרוב הדרוש לקבלת החלטה זו הינו רוב רגיל של המחזיקים ביתרת הערך הנקוב של קרן אגרות החוב מהסדרה הרלוונטית המיוצג בהצבעה, למעט נמנעים.**

**משמרת**
חברה לשירותי נאמנות בע"מ

סך הקולות שהשתתפו בהצבעה הסתכם ב- 480,650,422 ע.נ., להלן פירוט אופן הצבעתם :

**316,768,974** ₪ ע.נ. אגרות חוב, המהווים **65.90%** מכלל המשתתפים בהצבעה, הצביעו "**בעד**" ההחלטה.
**163,881,448** ₪ ע.נ. אגרות חוב, המהווים **34.10%** מכלל המשתתפים בהצבעה, הצביעו "**נגד**" ההחלטה.

הצעת ההחלטה **אושרה**.

בזאת האסיפה ננעלה.

בכבוד רב,

**משמרת – חברה לשירותי נאמנות בע"מ**
הדו"ח נחתם בידם :
רו"ח ועו"ד רמי קצב, דירקטור וסמנכ"ל
רו"ח רמי סבטי, דירקטור וסמנכ"ל

משרד ראשי: דרך מנחם בגין 48, תל אביב 6618001, ישראל, טל: 03-6374352, פקס: 03-6374344