Kristopher M. Hansen
Nicholas A. Bassett
Jason M. Pierce
Will Clark Farmer
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile:  (212) 319-4090
krishansen@paulhastings.com
nicholasbassett@paulhastings.com
jasonpierce@paulhastings.com
willfarmer@paulhastings.com

*Counsel to Zelig Weiss*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
|                                      |   |                          |
|--------------------------------------|---|--------------------------|
| In re:                               | : | Chapter 11               |
|                                      | : |                          |
| WYTHE BERRY FEE OWNER LLC,           | : | Case No. 22-11340 (MG)   |
|                                      | : |                          |
| Alleged Debtor.                      | : |                          |
|                                      | : |                          |
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        : ss.:
COUNTY OF NEW YORK   )

      David Mohamed, being sworn, affirms and says:

1.    I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Paul Hastings LLP, having offices at 200 Park Avenue, New York, New York

10166.

2. On October 27, 2022, affiant caused to be served true and correct copies of the following documents, docketed via the Court's CM/ECF system on such date, via electronic mail and/or first class mail upon those parties as indicated on the attached service list:

- *Notice of Appearance, Request for Service of Papers, and Request to be Added to Master Service List* [ECF No. 10];

- *Zelig Weiss's Motion (I) to Dismiss Involuntary Petition and (II) to the Extent Necessary, to Intervene as an Interested Entity* [ECF No. 12]; and

- *Declaration of Nicholas A. Bassett in Support of Zelig Weiss's Motion (I) to Dismiss Involuntary Petition and (II) to the Extent Necessary, to Intervene as an Interested Entity* [ECF No. 13].

3. On November 3, 2022, affiant caused to be served true and correct copies of the *Notice of Adjournment of Hearing on Zelig Weiss's Motion (I) to Dismiss Involuntary Petition and (II) to the Extent Necessary, to Intervene as an Interested Entity* [ECF No. 25], docketed via the Court's CM/ECF system on such date, via electronic mail and/or first class mail upon those parties as indicated on the attached service list.

/s/ David Mohamed
David Mohamed

Sworn to before me this
8th day of November, 2022

/s/ Michael Magzamen
NOTARY PUBLIC

Michael Magzamen
Notary Public, State of New York
No. 01MA6055692
Qualified in Nassau County
Commission Expires March 5, 2023

## Service List

**Via First Class Mail**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Via Electronic Mail and First Class Mail**
Chapman and Cutler LLP
Attn:   Michael Freidman, Esq.
         David T. B. Audley, Esq.
         Aaron M. Krieger, Esq.
1270 Avenue of the Americas
New York, NY 10020
Email:  friedman@chapman.com
         audley@chapman.com
         akrieger@chapman.com

**Via Electronic Mail and First Class Mail**
Weil, Gotshal & Manges LLP
Attn:   Matthew Goren, Esq.
         Richard Gage, Esq.
         Robert Berezin, Esq.
767 Fifth Avenue
New York, NY 10153
Email:  matthew.goren@weil.com
         Richard.Gage@weil.com
         robert.berezin@weil.com

**Via Electronic Mail and First Class Mail**
Herrick Feinstein LLP
Attn:   Janice Goldberg, Esq.
         Stephen Selbst, Esq.
2 Park Avenue
New York, NY 10016
Email:  jgoldberg@herrick.com
         sselbst@herrick.com