Kristopher M. Hansen
Nicholas A. Bassett
Jason M. Pierce
Will Clark Farmer
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:     (212) 319-4090
krishansen@paulhastings.com
nicholasbassett@paulhastings.com
jasonpierce@paulhastings.com
willfarmer@paulhastings.com

*Counsel to Zelig Weiss*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
WYTHE BERRY FEE OWNER LLC,                               :    Case No. 22-11340 (MG)
                                                         :
                              Debtor.                    :
                                                         :
---------------------------------------------------------x

## NOTICE OF STATUS CONFERENCE REGARDING DISCOVERY DIPUTE

**PLEASE TAKE NOTICE** that, the Court has scheduled a status conference for **November 17, 2022 at 2:00 p.m. prevailing Eastern Time** (the "Status Conference") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that due to the COVID-19 pandemic, the Hearing will be conducted using Zoom for Government. Parties should not appear in person and those wishing to appear or participate at the Status Conference (whether "live" or "listen only") must make an electronic appearance prior to the Status Conference by using the following link: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.    Instructions for making an

eCourtAppearance and additional information on the Court's Zoom procedures can be found at

https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.

| | |
|---|---|
| Dated: November 17, 2022<br>New York, New York | Respectfully Submitted,<br><br>/s/ *Nicholas A. Bassett*<br>Kristopher M. Hansen<br>Nicholas A. Bassett<br>Jason M. Pierce<br>Will Clark Farmer<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, New York  10038<br>Telephone:     (212) 318-6000<br>Facsimile:      (212) 319-4090<br>krishansen@paulhastings.com<br>nicholasbassett@paulhastings.com<br>jasonpierce@paulhastings.com<br>willfarmer@paulhastings.com<br><br>*Counsel to Zelig Weiss* |