**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
In re : Chapter 11
:
WYTHE BERRY FEE OWNER LLC, : Case No. 22-11340 (MG)
:
Debtor. :
:
:
------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

PLEASE TAKE NOTICE that the undersigned appears as a counsel for the Wythe Berry Fee Owner LLC (the "Notice Party"), and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in this case or any related adversary proceeding, be given to and served upon the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is also hereby made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers, whether formal or informal, filed in this case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

       HERRICK, FEINSTEIN LLP
       Silvia Stockman
       Two Park Avenue
       New York, NY  10016
       (212) 592-1400
       sstockman@herrick.com

HF 14511577v.1

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive or be deemed or construed to waive any right of the Notice Party, including without limitation its right (i) to have final orders in non-core matters entered only after de novo review by a higher court, (ii) to trial by jury in any proceeding or matter in this case, or any case, controversy or proceeding related to this case, whether or not the same be designated legal or private rights, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, and/or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Notice Party is or may be entitled under agreements, in law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and preserved unto the Notice Party without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: New York, New York  
       November 18, 2022

HERRICK, FEINSTEIN LLP  
By:     /s/ *Silvia Stockman*  
      Silvia Stockman  
Two Park Avenue  
New York, New York 10016  
(212) 592-1400  
(212) 592-1500 (fax)  
sstockman@herrick.com

*Counsel for Wythe Berry Fee Owner LLC*

## CERTIFICATION OF SERVICE

I, Silvia Stockman, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

By: */s/ Silvia Stockman*
Silvia Stockman