Kristopher M. Hansen
Nicholas A. Bassett
Jason M. Pierce
Will Clark Farmer
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6000
Facsimile:    (212) 319-4090
krishansen@paulhastings.com
nicholasbassett@paulhastings.com
jasonpierce@paulhastings.com
willfarmer@paulhastings.com

*Counsel to Zelig Weiss*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
WYTHE BERRY FEE OWNER LLC,       :    Case No. 22-11340 (MG)
:
Debtor.                    :
:
---------------------------------------------------------x

### NOTICE OF CANCELATION OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that, with permission of the Court, the status conference scheduled for December 5, 2022 at 5:00 p.m. prevailing Eastern Time in the above-captioned case has been cancelled.

| | |
|---|---|
| Dated: December 2, 2022<br>New York, New York | Respectfully Submitted<br><br>/s/ Nicholas A. Bassett<br>Kristopher M. Hansen<br>Nicholas A. Bassett<br>Jason M. Pierce<br>Will Clark Farmer<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, New York  10038<br>Telephone:    (212) 318-6000<br>Facsimile:    (212) 319-4090<br>krishansen@paulhastings.com<br>nicholasbassett@paulhastings.com<br>jasonpierce@paulhastings.com<br>willfarmer@paulhastings.com<br><br>*Counsel to Zelig Weiss* |