**Hearing Dates:  January 17–18, 2022 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Deadline:  December 16, 2022**

Michael Friedman
David T.B. Audley
Eric S. Silvestri
Helena Honig
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020
(212) 655-6000
Fax : (212) 697-7210
mfriedman@chapman.com

*Counsel to Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| WYTHE BERRY FEE OWNER LLC, | ) Chapter 11 |
| | ) |
| Alleged Debtor. | ) Case No. 22-11340 (MG) |
| | ) |

**DECLARATION OF DAVID T.B. AUDLEY IN SUPPORT OF PETITIONING
CREDITORS' RESPONSE TO ZELIG WEISS'S MOTION (I) TO DISMISS
INVOLUNTARY PETITION AND (II) TO THE EXTENT NECESSARY, TO
INTERVENE AS AN INTERESTED PARTY**

DAVID T.B. AUDLEY, under penalty of perjury declares:

1.      I have been admitted *Pro Hac Vice* as counsel for the Petitioning Creditors, in this

case and I am a partner at the firm of Chapman and Cutler LLP.

2.      As an attorney of record in these proceedings, I am familiar with the facts set forth

herein.  I make this declaration to provide certain information to the Court and to transmit true and

correct copies of the documents identified herein.

    3.      True and correct copies of the following documents are attached:

        <u>Exhibit 1:</u>    Statement Regarding Calculation of Amounts Due and Owing under the Series C Debentures pursuant to a Deed of Trust dated February 19, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 16, 2022        <u>/s/ David T.B. Audley</u>
                Chicago, Illinois            David T.B. Audley

# EXHIBIT 1

# MISHMERET
## Trust Company Ltd.

November 17, 2022

To:
Michael Friedman, Esq
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020

By Email

**Debt Calculation-Series c- All-Year Holdings Limited ("The Company")**

Dear Michael,

Please find attached the series C debt calculation to be used only for the involuntary petition filled in connection with the William-vale hotel.

**Respectfully,**

**Mishmeret Trust Company Ltd**

Mishmeret Trust Company LTD

# MISHMERET
## Trust Company Ltd.

### Debt Calculation - Series c - All-Year Holdings Limited ("The Company")

As of October 6, 2022, the outstanding amount of the Series C Bonds is 667,758,000 New Israeli Shekel[1] according to the breakdown below:

| As of October 6,2022 | NIS | USD[2] | |
|---|---|---|---|
| Principal | 579,347,000 | 163,750,000 | The current principal series C bond amount |
| accrued interest | 59,414,000 | 16,793,000 | Original 3.95% Interest rate accrued from the last interest payment date (31 Aug. 2020) to 5 Oct. 2022. On each of 6 Sep. 2020 interest rate increase by 0.5% (to 4.45% annual interest). On each of 31 Nov. 2020 interest rate increase by 0.5% (to 4.95% annual interest). |
| Default interest | 28,997,000 | 8,196,000 | Default Interest rate of 3% accrued from 17 Feb 2021 (the day that bonds were accelerated and were called for immediate redemption). The Default rate is calculated on the outstanding principal and interest accrued until 17 Feb 2021 which was 591,934,000 NIS. |
| Total | 667,758,000 | 188,739,000 | |

Respectfully,

**Mishmeret Trust Company Ltd**

Mishmeret Trust Company LTD

---

[1] Equivalent to ~$188,739,000 US based on 3.5380 ILS/USD Fx rate. The debt is nominated in New Israeli Shekels.

[2] ILS/USD exchange rate used 3.5380 - convenience calculation only, debt is nominated in NIS.

PETCRED000112