**<u>EXHIBIT F</u>**



Non-responsive material

Non-responsive material

PETCRED000001



PETCRED000002



PETCRED000003

Non-responsive material

Non-responsive material

430 Park Avenue, Suite 1501 | New York, NY 10022
P 212-759-8663 | jn@mcapny.com | Vcard

mcapny.com

Non-responsive material

**From:** Osnat Tenenbaum <osnaten@gmail.com>
**Sent:** Thursday, October 6, 2022 7:23:26 PM
**To:** Michael Friedman <friedman@chapman.com>

Non-responsive material

Michael Friedman | Partner
**Chapman and Cutler** LLP
1270 Avenue of the Americas | New York, NY 10020
D 212.655.2508
F 646.690.6412
friedman@chapman.com
* Admitted in New York only

---

**From:** Yaniv Zalel <yzalel@klirmark.com>
**Date:** Thursday, October 6, 2022 at 12:59 PM
**To:** Michael Friedman <friedman@chapman.com>
**Cc:** Jonathan Nachmani <jn@mcapny.com>, Michael Stern <ms@mcapny.com>, J. Joseph Jacobson <jjj@mcapny.com>, Joshua Acheatel <Joshua.Acheatel@monarchlp.com>, Michael Zeidman <Michael.Zeidman@monarchlp.com>, Shlomy Ilany <Shlomyl@mtrust.co.il>, Osnat Tenenbaum <osnaten@gmail.com>, Rami Katzav <ramik@mtrust.co.il>, Amnon Biss <amnonb@gornitzky.com>, גיורא לופטיג משמרת <giyoral@mtrust.co.il>
**Subject:** Re: AYH - Series C Next Steps

**EXTERNAL SENDER**

Thanks Michael,

Gmar Chatima Tova.


Yaniv,


נשלח מה-iPhone שלי


ב-4 באוק׳ 2022, בשעה 16:43, Michael Friedman <friedman@chapman.com> כתב/ה:


Johnathan, Yaniv:


Please see the attached ruling.


It was worth waiting for..


Gmar Chatima Tova

PETCRED000006

Michael Friedman | Partner
**Chapman and Cutler LLP**
1270 Avenue of the Americas | New York, NY 10020
D 212.655.2508
F 646.690.6412
friedman@chapman.com
* Admitted in New York only

---

**From:** Osnat Tenenbaum <osnaten@gmail.com>
**Date:** Tuesday, October 4, 2022 at 5:58 AM
**To:** Michael Friedman <friedman@chapman.com>
**Cc:** Jonathan Nachmani <jn@mcapny.com>, Yaniv Zalel <yzalel@klirmark.com>, Shlomy Ilany <ShlomyI@mtrust.co.il>, Michael Zeidman <michael.zeidman@monarchlp.com>, Michael Stern <ms@mcapny.com>, J. Joseph Jacobson <jjj@mcapny.com>, Joshua Acheatel <Joshua.Acheatel@monarchlp.com>, Rami Katzav <ramik@mtrust.co.il>, Amnon Biss <amnonb@gornitzky.com>, גיורא לופטיג משמרת<GiyoraL@mtrust.co.il>
**Subject:** Re: AYH - Series C Next Steps

**\*\*EXTERNAL SENDER\*\***

I assume we won't see the rulling in Israel today because of Yom Kippur.

And I hope it will be our desired rulling.

Forms are signed and ready.

Let's see.


Gmar Hatima Tova!


Osnat


בתאריך יום ג׳, 4 באוק׳ 2022, 03:22, מאתMichael Friedman <friedman@chapman.com>:

> Assuming everyone gives the go ahead, we (Chapman) are ready to go.
>
>
> We expect to receive the ruling tomorrow.

Michael

Michael Friedman | Partner
**Chapman and Cutler** LLP
1270 Avenue of the Americas | New York, NY 10020
D 212.655.2508
F 646.690.6412
friedman@chapman.com
* Admitted in New York only

---

**From:** Jonathan Nachmani <jn@mcapny.com>
**Date:** Monday, October 3, 2022 at 2:03 PM
**To:** Michael Friedman <friedman@chapman.com>, Yaniv Zalel <yzalel@klirmark.com>
**Cc:** Osnat Tenenbaum <osnaten@gmail.com>, Shlomy Ilany <ShlomyI@mtrust.co.il>, Michael Zeidman
<michael.zeidman@monarchlp.com>, Michael Stern <ms@mcapny.com>, J. Joseph Jacobson
<jjj@mcapny.com>, Joshua Acheatel <Joshua.Acheatel@monarchlp.com>
**Subject:** RE: AYH - Series C Next Steps

**EXTERNAL SENDER**

Michael,


I hope you are doing well. I saw the mediator filed her second report today and the court plans to issue a ruling
on the Weiss proceeding tomorrow. I'd like to confirm we are all set to file on Thursday the 6th, considering
Wednesday is Yom Kippor.


Best,




**Jonathan Nachmani**



430 Park Avenue, Suite 1501 | New York, NY 10022
P 212-759-8663 | jn@mcapny.com | Vcard


mcapny.com

---

**From:** Michael Friedman <friedman@chapman.com>
**Sent:** Thursday, September 29, 2022 7:47 AM
**To:** Jonathan Nachmani <jn@mcapny.com>; Yaniv Zalel <yzalel@klirmark.com>

**Cc:** Osnat Tenenbaum <osnaten@gmail.com>; Shlomy Ilany <ShlomyI@mtrust.co.il>; Michael Zeidman
<michael.zeidman@monarchlp.com>; Michael Stern <ms@mcapny.com>; J. Joseph Jacobson
<jjj@mcapny.com>; Joshua Acheatel <Joshua.Acheatel@monarchlp.com>
**Subject:** Re: AYH - Series C Next Steps

---

EXTERNAL

---

sent


Michael Friedman | Partner
**Chapman and Cutler LLP**
1270 Avenue of the Americas | New York, NY 10020
D 212.655.2508
F 646.690.6412
friedman@chapman.com
* Admitted in New York only

---

**From:** Jonathan Nachmani <jn@mcapny.com>
**Date:** Thursday, September 29, 2022 at 7:23 AM
**To:** Yaniv Zalel <yzalel@klirmark.com>
**Cc:** Osnat Tenenbaum <osnaten@gmail.com>, Michael Friedman <friedman@chapman.com>, Shlomy
Ilany <ShlomyI@mtrust.co.il>, Michael Zeidman <michael.zeidman@monarchlp.com>, Michael Stern
<ms@mcapny.com>, J. Joseph Jacobson <jjj@mcapny.com>, Joshua Acheatel
<Joshua.Acheatel@monarchlp.com>
**Subject:** Re: AYH - Series C Next Steps

**\*\*EXTERNAL SENDER\*\***

Great. Please send a zoom link


Sent from my Mobile

---

**Jonathan Nachmani**



430 Park Avenue, Suite 1501 | New York, NY 10022
P 212-759-8663 | jn@mcapny.com | Vcard

mcapny.com

---

**From:** Yaniv Zalel <yzalel@klirmark.com>
**Sent:** Thursday, September 29, 2022 7:00:51 AM
**To:** Jonathan Nachmani <jn@mcapny.com>
**Cc:** Osnat Tenenbaum <osnaten@gmail.com>; Michael Friedman <friedman@chapman.com>; Shlomy Ilany
<ShlomyI@mtrust.co.il>; Michael Zeidman <michael.zeidman@monarchlp.com>; Michael Stern
<ms@mcapny.com>; J. Joseph Jacobson <jjj@mcapny.com>; Joshua Acheatel
<Joshua.Acheatel@monarchlp.com>
**Subject:** Re: AYH - Series C Next Steps

---

> EXTERNAL

---

Also good for me

נשלח מה-iPhone שלי

ב-29 בספט׳ 2022, בשעה 13:22, Jonathan Nachmani <jn@mcapny.com> כתב/ה:

Works for mr

Sent from my Mobile

_____
**Jonathan Nachmani**

430 Park Avenue, Suite 1501 | New York, NY 10022
P 212-759-8663 | jn@mcapny.com | Vcard

mcapny.com

---

**From:** Osnat Tenenbaum <osnaten@gmail.com>
**Sent:** Wednesday, September 28, 2022 11:47:07 PM
**To:** Michael Friedman <friedman@chapman.com>
**Cc:** Jonathan Nachmani <jn@mcapny.com>; Yaniv Zalel <yzalel@klirmark.com>; Shlomy Ilany
<ShlomyI@mtrust.co.il>; Michael Zeidman <michael.zeidman@monarchlp.com>; Michael Stern
<ms@mcapny.com>; J. Joseph Jacobson <jjj@mcapny.com>; Joshua Acheatel
<Joshua.Acheatel@monarchlp.com>
**Subject:** Re: AYH - Series C Next Steps

| EXTERNAL |
|---|

Ok for me

Thanks


בתאריך יום ה׳, 29 בספט׳ 2022, 06:17, מאת Michael Friedman <friedman@chapman.com>:

Would 1pm ET/20:00 IL work for everyone?

Michael Friedman

Chapman and Cutler LLP

1270 Avenue of the Americas

New York, NY 10020

Direct: 212.655.2508

Cell: 917-783-9141

friedman@chapman.com


On Sep 28, 2022, at 8:36 PM, Jonathan Nachmani <jn@mcapny.com> wrote:


**EXTERNAL SENDER**

I dont think this call will take more than 10-15 minutes. We can speak after the status conference. Let us know what time works for you.


Sent from my Mobile


_____

Jonathan Nachmani

430 Park Avenue, Suite 1501 | New York, NY 10022
P 212-759-8663 | jn@mcapny.com | Vcard

mcapny.com

---

**From:** Michael Friedman <friedman@chapman.com>
**Sent:** Wednesday, September 28, 2022, 8:33 PM
**To:** Jonathan Nachmani <jn@mcapny.com>
**Cc:** Yaniv Zalel <yzalel@klirmark.com>; Osnat Tenenbaum <osnaten@gmail.com>; Shlomy Ilany
<Shlomyl@mtrust.co.il>; Michael Zeidman <michael.zeidman@monarchlp.com>; Michael Stern
<ms@mcapny.com>; J. Joseph Jacobson <jjj@mcapny.com>; Joshua Acheatel
<Joshua.Acheatel@monarchlp.com>
**Subject:** Re: AYH - Series C Next Steps

> EXTERNAL

Jonathan, given holidays and travels, it may be more difficult. Also may make sense to schedule after
status conference tomorrow. If ok with others, I will make it work.


Michael

Michael Friedman

Chapman and Cutler LLP

1270 Avenue of the Americas

New York, NY 10020

Direct: 212.655.2508

Cell: 917-783-9141

friedman@chapman.com




 On Sep 28, 2022, at 8:04 PM, Jonathan Nachmani <jn@mcapny.com> wrote:

**EXTERNAL SENDER**

Michael / Osnat / Shlomy


Can we please set a time to catch up an discuss tomorrow? I'm available between 9-10 and 12-3 EST.


Sent from my Mobile

_____

**Jonathan Nachmani**



430 Park Avenue, Suite 1501 | New York, NY 10022
P 212-759-8663 | jn@mcapny.com | Vcard

mcapny.com

_____

**From:** Michael Friedman <friedman@chapman.com>
**Sent:** Tuesday, September 20, 2022 8:40:45 AM
**To:** Yaniv Zalel <yzalel@klirmark.com>
**Cc:** Jonathan Nachmani <jn@mcapny.com>; Osnat Tenenbaum <osnaten@gmail.com>; Shlomy Ilany
<Shlomyl@mtrust.co.il>; Michael Zeidman <michael.zeidman@monarchlp.com>; Michael Stern
<ms@mcapny.com>; J. Joseph Jacobson <jjj@mcapny.com>; Joshua Acheatel
<Joshua.Acheatel@monarchlp.com>
**Subject:** Re: AYH - Series C Next Steps


EXTERNAL

Those times all work for me.

Michael Friedman

Chapman and Cutler LLP

1270 Avenue of the Americas

New York, NY 10020

Direct: 212.655.2508

Cell: 917-783-9141

friedman@chapman.com

On Sep 20, 2022, at 8:31 AM, Yaniv Zalel <yzalel@klirmark.com> wrote:

**EXTERNAL SENDER**

Hi,

I can do 9:30 or 11:00 or 16:00 ET time

Thanks

Yaniv

נשלח מה-iPhone שלי

ב-20 בספט׳ 2022, בשעה 13:58, Jonathan Nachmani <jn@mcapny.com> כתב/ה:

Michael / Osnar / Shlomy

Following up on my email below. What time tomorrow works to get on a call?

Sent from my Mobile

_____
**Jonathan Nachmani**



430 Park Avenue, Suite 1501 | New York, NY 10022
P 212-759-8663 | jn@mcapny.com | Vcard

mcapny.com

PETCRED000014

**From:** Jonathan Nachmani <jn@mcapny.com>
**Sent:** Thursday, September 15, 2022 6:39:07 PM
**To:** Michael Friedman <friedman@chapman.com>
**Cc:** Osnat Tenenbaum <osnaten@gmail.com>; Shlomy Ilany <ShlomyI@mtrust.co.il>; Yaniv Zalel <yzalel@klirmark.com>; Michael Zeidman <michael.zeidman@monarchlp.com>; Michael Stern <ms@mcapny.com>; J. Joseph Jacobson <jjj@mcapny.com>; Joshua Acheatel <Joshua.Acheatel@monarchlp.com>
**Subject:** Re: AYH - Series C Next Steps


Thanks Michael. I am available Wednesday from 830-10am, 11:15-12:30 and between 2-3pm all EST.


Lets set a time an circulate a calendar / dial-in.


Sent from my Mobile

---

**From:** Michael Friedman <friedman@chapman.com>
**Sent:** Thursday, September 15, 2022, 2:52 PM
**To:** Jonathan Nachmani <jn@mcapny.com>
**Cc:** Osnat Tenenbaum <osnaten@gmail.com>; Shlomy Ilany <ShlomyI@mtrust.co.il>; Yaniv Zalel <yzalel@klirmark.com>; Michael Zeidman <michael.zeidman@monarchlp.com>; Michael Stern <ms@mcapny.com>; J. Joseph Jacobson <jjj@mcapny.com>; Joshua Acheatel <Joshua.Acheatel@monarchlp.com>
**Subject:** Re: AYH - Series C Next Steps


EXTERNAL


Jonathan,


We will schedule. Based on our conversation, I believe we explained the status and addressed the concerns set forth in your email. As discussed, we will make sure that we proceed as directed by the Series C Bondholders.


If you have any further concerns or questions, please don't hesitate to reach out to the Trustee, the Series C Bondholder representative or counsel.


Michael

Michael Friedman

Chapman and Cutler LLP

1270 Avenue of the Americas

New York, NY 10020

Direct: 212.655.2508

Cell: 917-783-9141

friedman@chapman.com

On Sep 15, 2022, at 12:42 PM, Jonathan Nachmani <jn@mcapny.com> wrote:

**EXTERNAL SENDER**

Michael / Osnat / Shlomy,

Good catching up with you all and glad we are all on the same page about next steps / moving forward with the bankruptcy process.

Please circulate a calendar / dial in for next Wednesday the 21st.

Thank you

Sent from my Mobile

_____
**Jonathan Nachmani**

430 Park Avenue, Suite 1501 | New York, NY 10022
P 212-759-8663 | jn@mcapny.com | Vcard

mcapny.com

PETCRED000016

**From:** Jonathan Nachmani
**Sent:** Wednesday, September 14, 2022 4:28:18 PM
**To:** Osnat Tenenbaum <osnaten@gmail.com>; Michael Friedman <friedman@chapman.com>;
Shlomy Ilany <ShlomyI@mtrust.co.il>
**Cc:** Yaniv Zalel <yzalel@klirmark.com>; Michael Zeidman <michael.zeidman@monarchlp.com>;
Michael Stern <ms@mcapny.com>; J. Joseph Jacobson <jjj@mcapny.com>; Joshua Acheatel
<Joshua.Acheatel@monarchlp.com>
**Subject:** AYH - Series C Next Steps


Dear Michael, Osnat and Shlomy,

I hope this email finds you well.

As you are aware, it has been our position that after the numerous failed attempts to sell the collateral, including most recently the failed sale to the Paragraph/Phillipson group, the best course of action is to file for bankruptcy. On August 23rd, we had a call with Michael Friedman and were told that the paperwork was ready and the filing would be made no later than Wednesday, September 13th. It has now come to our attention that you are seeking to further delay this filing until other matters (unrelated to us) are resolved between the Company and the unsecured creditors.  These delays continue to cause the Series C bondholders continued harm.

Please be reminded that you have a fiduciary obligation to the Series C bondholders and we are concerned that your representation of both the secured and unsecured creditors is unfairly impacting our position.

Therefore we instruct you to commence the bankruptcy action no later than Friday the 23th or we will take action to remove you as Trustee and legal advisor to the Series C bondholders.

Guide yourselves accordingly,

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

PETCRED000018

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please consider the Environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

PETCRED000020