**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

In re:

**WYTHE BERRY FEE OWNER LLC,**               Case No. 22-11340-MG

                                             Chapter 11

                      **Alleged Debtor.**
_____x

## ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES AND OTHER DOCUMENTS

On consideration of the involuntary petition against the above-named debtor, an Order for Relief under Chapter 11 of the Bankruptcy Code is granted. The debtor is ordered to file all schedules, statements, lists and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure. This includes, among other things, the following: 1) the filing of a creditors' matrix prepared in accordance with the specifications required under Local Rule 1007-1; and 2) the filing of an affidavit and proposed case conference order as required under Local Rule 1007-2. All filings—including the schedules, statements, lists, creditors' matrix and Rule 1007-2 affidavit—shall be filed within fourteen days (14) days from the date of entry of this order, with the exception of a proposed case conference order, which shall be filed within thirty (30) days from the date of entry of this order.

    **IT IS SO ORDERED.**

Dated:  January 18, 2023
          New York, New York

                                                    **/s/ Martin Glenn**
                                                        MARTIN GLENN
                                    Chief United States Bankruptcy Judge