**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
                                                      :
In re                                                 :        **Chapter 11**
                                                      :
**WYTHE BERRY FEE OWNER LLC,**                        :        **Case No. 22-11340 (MG)**
                                                      :
                              Debtor.[1]              :
                                                      :
                                                      :
-----------------------------------------------------------------X

## GLOBAL NOTES AND STATEMENTS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### General

Wythe Berry Fee Owner LLC, as debtor and debtor-in-possession (the "**Debtor**"), files herewith its Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statement of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**").

These Global Notes and Statements Regarding the Debtor's Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's commercially reasonable efforts to report the assets and liabilities of the Debtor.

The Debtor reserves all rights to amend, modify, or supplement its Schedules and Statements in all respects, as may be necessary or appropriate, including, but not limited to, the

---

[1] The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211. The last four digits of the Debtor's Federal Tax Id. No. are 9776.

right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Nothing contained in the Schedules and Statements shall constitute a waiver of any rights, including, but not limited to, issues involving equitable subordination, characterization or re-characterization of contracts, assumption or rejection of executory contracts and causes of action arising under chapter 5 of the Bankruptcy Code or any applicable non-bankruptcy laws to recover assets or avoid transfers.

### Global Notes and Overview of Methodology

1.  **General Reservation of Rights**. The Debtor reserves all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("**Claim**"), as defined in section 101(5) of the Bankruptcy Code, as "disputed," "contingent," or "unliquidated," unless the Debtor otherwise restricted to do so.

2.  **Description of the Cases and "As Of" Information Date.** On October 6, 2022 (the "**Petition Date**"), Mishmeret Trust Company Ltd., in its capacity as Trustee ("Mishmeret" or "Trustee") of the Series C Bonds, Yelin Lapidot Provident Funds Management Ltd., The Phoenix Insurance Company Limited and Klirmark Opportunity Fund III L.P. (each a "**Petitioning Creditor**" and together the "**Petitioning Creditors**") filed an involuntary petition (the "**Involuntary Petition**") seeking an Order for Relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtor continues to operate its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 18, 2023, the Bankruptcy Court entered an Order for Relief against the Debtor. No request for the appointment of a trustee or examiner has been made in this chapter 11 case. The asset information provided herein represents the asset and liability data of the Debtor as of the Petition Date.

3.  **Global Notes Control**. Disclosure of information in the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules and/or Statements. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

4.  **Reservations and Limitations**. The Debtor used commercially reasonable efforts to prepare and file complete and accurate Schedules and Statements. The Debtor reserves all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any claims against the Debtor, any rights or claims of the Debtor against any third party or any issues involving equitable subordination or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Nothing contained in

the Schedules and Statements or the Global Notes is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

    a.   **Net Value of Assets.** Unless otherwise indicated, the Debtor's Schedules and Statements reflect the net values as of October 6, 2022. Values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. As such, the values listed in these Schedules and Statements cannot be used to determine the Debtor's enterprise valuation.

    b.   **Recharacterization and Classifications.** The Debtor has made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, and other items reported in the Schedules and Statements. However, the Debtor may have improperly characterized, classified, categorized, designated, or omitted certain items due the Debtor's lack of access to relevant financial information. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as necessary or appropriate.

    c.   **Incomplete Information.** The Debtor prepared the Schedules and Statements based on the incomplete information available. The restructuring officers of the Debtor's ultimate parent, All Year Holdings Ltd., took over operation of the Debtor in December of 2020, and were not provided with complete books and records by the Debtor's previous managers. In preparing these Schedules and Statements, the Debtor made a good faith effort to provide accurate information and to present information the Debtor could confirm.

    d.   **Classification.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

    e.   **Claims Description.** Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Listing a claim does not constitute an admission of liability by the Debtor.

    f.   **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts, including but not limited to, amounts of assets and liabilities,

the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates. The Debtor reserves all rights to amend the reported amounts of assets and liabilities, contingent assets and contingent liabilities, and revenues and expenses to reflect changes in those estimates or assumptions.

g. **Causes of Action.** Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action (filed or potential) against third parties as assets in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

h. **Intellectual Property Rights**. Exclusion of any intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

5. **Methodology.**

a. **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to any other financial statements prepared by the Debtor.

b. **Undetermined Amounts**. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

c. **Unliquidated Amounts**. Amounts that could not be fairly or readily quantified by the Debtor are scheduled as "unliquidated."

d. **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than

the listed total. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

e. **Liens.** The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any mechanic's, materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtor reserves all of its rights with respect to such liens.

6. <u>**Specific Schedules Disclosures**</u>.

a. **Classifications**. Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," does not in each case constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such Claim.

b. **Schedule A/B, Part 9 – Real Property**. For the real property listed on Schedule A/B, Part 9, the Debtor valued its real property based on its appraised value.

c. **Schedule, A/B, Part 11,** *Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the Debtor and rights to set off claims*. The Debtor attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtor is not able to complete an analysis of such potential claims. The Debtor's failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

d. **Schedule D – Creditors Who Have Claims Secured by Property**. Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on the Debtor's Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the nature or structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

e. **Schedule E/F – Creditors Who Hold Unsecured Claims**. For the liabilities identified in Schedule E/F, Part 2, the Debtor made a commercially reasonable effort to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

**Fill in this information to identify the case:**

Debtor name <u>Wythe Berry Fee Owner LLC</u>

United States Bankruptcy Court for the: <u>Southern District of New York</u>
(State)

Case number (*If known*): <u>22-11340 (MG)</u>

☐ Check if this an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $_____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | __ __ __ __ | $_____ |
| 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
|---|---|
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $_____

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of
   debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. _____ | $_____ |
|---|---|
| 7.2. _____ | $_____ |

| Debtor | Wythe Berry Fee Owner LLC | Case number (*if known*): 22-11340 (MG) |
|---|---|---|
| | Name | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____
8.2. _____    $_____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:**    **Accounts receivable**

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**11.** **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........ ➜    $_____
                    face amount            doubtful or uncollectible accounts

11b. Over 90 days old: <u>UNDETERMINED[1]</u>_____ – _____ = ........ ➜    UNDETERMINED
                    face amount            doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    UNDETERMINED

---

**Part 4:**    **Investments**

**13.** **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:
14.1. _____    _____    $_____
14.2. _____    _____    $_____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                   % of ownership:
15.1. _____    _____%    _____    $_____
15.2. _____    _____%    _____    $_____

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:
16.1. _____    _____    $_____
16.2. _____    _____    $_____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

[1] THE DEBTOR DOES NOT HAVE SUFFICIENT INFORMATION IN ORDER TO DETERMINE

Debtor    <u>Wythe Berry Fee Owner LLC</u>                    Case number (*if known*): <u>22-11340 (MG)</u>
      Name

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**
  ☒ No. Go to Part 6.
  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** <br> _____ _____ | | $_____ | _____ | $_____ |
| **20. Work in progress** <br> _____ _____ | | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ _____ | | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** <br> _____ _____ | | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.
      $_____

**24. Is any of the property listed in Part 5 perishable?**
  ☐ No.
  ☐ Yes.

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☐ No.
  ☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☐ No.
  ☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.
  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |

Debtor    <u>Wythe Berry Fee Owner LLC</u>                     Case number (*if known*): <u>22-11340 (MG)</u>
                 Name

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $_____    _____    $_____

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                     $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐  No.
    ☐  Yes.  Is any of the debtor's property stored at the cooperative?

        ☐  No.
        ☐  Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐  No.
    ☐  Yes.  Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐  No.
    ☐  Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐  No.
    ☐  Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐  No. Go to Part 8.
    ☒  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> UNDETERMINED[2] | UNDETERMINED | _____ | UNDETERMINED |
| 40. **Office fixtures** <br> UNDETERMINED[2] | UNDETERMINED | _____ | UNDETERMINED |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> UNDETERMINED[2] | UNDETERMINED | _____ | UNDETERMINED |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 UNDETERMINED[2] | UNDETERMINED | _____ | UNDETERMINED |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| UNDETERMINED |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒  No.
    ☐  Yes.

_____

[2] THE DEBTOR DOES NOT MAINTAIN A FIXED ASSET LEDGER AND DOES NOT HAVE SUFFICIENT INFORMATION

Debtor    Wythe Berry Fee Owner LLC                    Case number (*if known*): 22-11340 (MG)
          Name

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒  No.
☐  Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.
☒  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| UNDETERMINED[2] | UNDETERMINED | _____ | UNDETERMINED |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| UNDETERMINED |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒  No.
☐  Yes.

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒  No.
☐  Yes.

Debtor    <u>Wythe Berry Fee Owner LLC</u>                    Case number (*if known*): <u>22-11340 (MG)</u>
         Name

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 <u>BOROUGH – BROOKLYN, BLOCK 2283, LOT 1</u><br><br><u>55 WYTHE AVENUE, BROOKLYN, NEW YORK 11249</u> | <u>FEE SIMPLE</u> | <u>$158,300,000.00</u> | <u>APPRAISAL AS OF DECEMBER 31, 2021</u>[3] | <u>$158,300,000.00</u> |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    <u>$158,300,000.00</u>

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☐ Yes.

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**[3]

☐ No.
☒ Yes.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br><u>UNDETERMINED</u>[4] | <u>UNDETERMINED</u> | _____ | <u>UNDETERMINED</u> |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| **64. Other intangibles, or intellectual property** | | | |

---
[3] FOR THE PURPOSES OF THE APPRAISAL, THE DEBTOR WAS ONLY ABLE TO PROVIDE THE APPRAISER WITH VERY LIMITED INFORMATION

[4] THE DEBTOR DOES NOT HAVE SUFFICIENT INFORMATION IN ORDER TO DETERMINE

Debtor    <u>Wythe Berry Fee Owner LLC</u>                    Case number (*if known*): <u>22-11340 (MG)</u>
        Name

|  |  | $_____ | _____ | $_____ |
|---|---|---|---|---|
| 65. | **Goodwill** | $_____ | _____ | $_____ |

| 66. | **Total of Part 10** | UNDETERMINED |
|---|---|---|

       Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☐ No.
    ☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☐ No.
    ☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    ☒ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____ = ........ ➔    $_____
                          Total face amount    doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    $_____
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

    _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    <u>WYTHE BERRY FEE OWNER V. WYTHE BERRY LLC ET AL.</u>    UNDETERMINED

    **Nature of claim**        <u>USE & OCCUPANCY; BREACH OF CONTRACT</u>
    **Amount requested**    UNDETERMINED

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    $_____

    **Nature of claim**    _____
    **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

    _____    $_____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

    _____    $_____

Debtor    <u>Wythe Berry Fee Owner LLC</u>                          Case number (*if known*): <u>22-11340 (MG)</u>
         Name

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| UNDETERMINED |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No.
   ☐ Yes.

**Part 12:**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | UNDETERMINED | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNDETERMINED | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNDETERMINED | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➔ | | $158,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.* | UNDETERMINED | |
| 91. **Total. Add lines 80 through 90 for each column.** ...........91a. | $0.00 | **+** 91b $158,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ | | $158,300,000.00 |

**Fill in this information to identify the case:**

Debtor name: <u>Wythe Berry Fee Owner LLC</u>

United States Bankruptcy Court for the: <u>Southern District of New York</u>

Case number (If known): <u>22-11340 (MG)</u>

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name**
The City of New York

**Creditor's mailing address**
9 Bond Street, 6th & 7th Floors
Brooklyn, New York 11201

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No Specify each creditor, including this creditor, and its relative priority.
　☑ Yes. The relative priority of creditors is specified on lines 2.4.

**Describe debtor's property that is subject to a lien**
Real Property Located at 55 Wythe Avenue, Brooklyn, NY   $935.69   $158,300,000.00

**Describe the lien**
Judgments under ECB Violation Number 12122170L

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2 Creditor's name**
Criminal Court of the City of New York

**Creditor's mailing address**
120 Schermerhorn Street
Brooklyn, New York 11201

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No Specify each creditor, including this creditor, and its relative priority.
　☑ Yes. The relative priority of creditors is specified on lines 2.4.

**Describe debtor's property that is subject to a lien**
Real Property Located at 55 Wythe Avenue, Brooklyn, NY   $5,500.00   $158,300,000.00

**Describe the lien**
Judgments under Control Numbers 003742812-01 & 003932889-01

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor    Wythe Berry Fee Owner LLC                         Case number (*if known*) 22-11340 (MG)

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**2.3**

| **Creditor's name** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| JSP Electrical Contracting Corp. | Real Property Located at 55 Wythe Avenue, Brooklyn, NY | $205,865.44 | $158,300,000.00 |

**Creditor's mailing address**

178 Industrial Loop

Staten Island, New York 10309

**Describe the lien**

Mechanic's Lien filed on 09/23/2022 in Kings County, NY as Control Number 4076455-1

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No    Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines 2.4.

☑ Contingent

☑ Unliquidated

☑ Disputed

**2.4**

| **Creditor's name** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Mishmeret Trust Company Ltd. | Real Property Located at 55 Wythe Avenue, Brooklyn, NY | $172,256,138.07 | $158,300,000.00 |

**Creditor's mailing address**

Amot Bituach House Building B,

48 Menachem Begin Road, Tel-Aviv

6618001 Israel

**Describe the lien**

Assignment of Consolidated Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing recorded on 03/22/2021 in Kings County, NY under CRFN 2021000104024; County UCC filed on 12/30/2021 in Kings County, NY under CRFN 2021000512508; Office of the Secretary of State of Delaware filed on 01/12/2022 under File Number 20220290205; Office of the Secretary of State of Delaware filed on 01/12/2022 under File Number 20220290304

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill *out Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No    Specify each creditor, including its relative priority. Mishmeret Trust Company LTD holds a first priority secured lien

☐ Yes. The relative priority of creditors is specified on lines ____.

☑ Contingent

☑ Unliquidated

☑ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 2 of 5

Debtor   Wythe Berry Fee Owner LLC                    Case number (if known) 22-11340 (MG)

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

| 2.5 | **Creditor's name** Schimenti Construction Co LLC | **Describe debtor's property that is subject to a lien** Real Property Located at 55 Wythe Avenue, Brooklyn, NY | $1,406,796.72 | $158,300,000.00 |
|---|---|---|---|---|

**Creditor's mailing address**
650 Danbury Road
Ridgefield, Connecticut 06877

**Describe the lien**
Mechanic's Lien filed on 09/26/2022 in Kings County, NY as Control Number 4076864-1

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☒ Yes. The relative priority of creditors is specified on lines 2.4.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| 2.6 | **Creditor's name** SR Mechanical Design Corp. | **Describe debtor's property that is subject to a lien** Real Property Located at 55 Wythe Avenue, Brooklyn, NY | $105,066.12 | $158,300,000.00 |
|---|---|---|---|---|

**Creditor's mailing address**
355 Wyandanch Avenue
West Babylon, New York 11704

**Describe the lien**
Mechanic's Lien filed on 09/22/2022 in Kings County, NY as Control Number 4076187-1

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☒ Yes. The relative priority of creditors is specified on lines 2.4.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor  Wythe Berry Fee Owner LLC                    Case number (if known) 22-11340 (MG)

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7** | **Creditor's name**
Turtle & Hughes Inc.

**Creditor's mailing address**
1900 Lower Road

Linden, New Jersey 07036

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　☑ Yes. The relative priority of creditors is specified on lines 2.4.

**Describe debtor's property that is subject to a lien**
Real Property Located at 55 Wythe Avenue, Brooklyn, NY    $39,817.92    $158,300,000.00

**Describe the lien**
Mechanic's Lien filed on 09/26/2022 in Kings County, NY as Control Number 4076788-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.8** | **Creditor's name**
Ziba Construction Inc.

**Creditor's mailing address**
954 Lexington Avenue, 1013

New York, New York 10021

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　☑ Yes. The relative priority of creditors is specified on lines 2.4.

**Describe debtor's property that is subject to a lien**
Real Property Located at 55 Wythe Avenue, Brooklyn, NY    $89,217.56    $158,300,000.00

**Describe the lien**
Mechanic's Lien filed on 10/06/2022 in Kings County, NY as Control Number 4080164-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $174,109,337.52

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            Page 4 of 5

Debtor    Wythe Berry Fee Owner LLC                                    Case number (if known) 22-11340 (MG)

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chapman and Cutler LLP <br><br> Attn: Michael Friedman <br><br> 1270 Avenue of the Americas, 30th Floor <br><br> New York, New York 10020 | Line 2.4 | ___ ___ ___ ___ |
| Gordon Rees Scully Mansukhani, LLP <br><br> Attn: Virginia Trunkes., Esq. <br><br> Attn: Peter E. Strinste, Jr., Esq. <br><br> Attn: Suleman Malik, Jr., Esq. <br><br> 1 Battery Park Plaza, 28th Floor <br> New York, New York 10004 | Line 2.5 | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |
| | Line 2.___ | ___ ___ ___ ___ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor: <u>Wythe Berry Fee Owner LLC</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <u>Southern District of New York</u><br>(State)</td></tr>
<tr><td colspan="2">Case number (if known): <u>22-11340 (MG)</u></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**_____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**_____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**_____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**_____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**_____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**_____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

Debtor   Wythe Berry Fee Owner LLC                    Case number (if known) 22-11340 (MG)
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED |
|---|---|---|
| All Year Holdings Limited | *Check all that apply.* | |
| 199 Lee Avenue, #693 | ☐ Contingent | |
| Brooklyn, New York 11211 | ☒ Unliquidated | |
| **Date or dates debt was incurred** Various | ☐ Disputed | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** | |
| | Intercompany Loans | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $188,739,000.00 |
|---|---|---|
| Mishmeret Trust Company Limited | *Check all that apply.* | |
| 48 Derech Menachem Began | ☒ Contingent | |
| Tel Aviv-Yafo, Israel 6618003 | ☒ Unliquidated | |
| **Date or dates debt was incurred** 02/28/2017 | ☒ Disputed | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** | |
| | Unsecured Guaranty | |
| | **Is the claim subject to offset?** | |
| | ☐ No | |
| | ☒ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ |
|---|---|---|
| _____ | *Check all that apply.* | |
| _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| **Date or dates debt was incurred** _____ | ☐ Disputed | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| | ☐ No | |
| | ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ |
|---|---|---|
| _____ | *Check all that apply.* | |
| _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| **Date or dates debt was incurred** _____ | ☐ Disputed | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| | ☐ No | |
| | ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ |
|---|---|---|
| _____ | *Check all that apply.* | |
| _____ | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| **Date or dates debt was incurred** _____ | ☐ Disputed | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| | ☐ No | |
| | ☐ Yes | |

Debtor    Wythe Berry Fee Owner LLC                                    Case number (if known) 22-11340 (MG)
          Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Chapman and Cutler LLP<br><br>Attn: Michael Friedman<br>1270 Avenue of the Americas, 30th Floor<br>New York, New York 10020 | Line 3.2<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.2 | Weil, Gotshal & Manges LLP<br><br>Attn: Matthew Goren<br>767 Fifth Avenue<br>New York, New York 10153 | Line 3.1<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.3 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.4 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.5 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.6 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.7 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.8 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.9 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.10 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.11 | _____ | Line ___<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |

Debtor   Wythe Berry Fee Owner LLC                          Case number (if known) 22-11340 (MG)
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $0.00 |
| **5b** | **Total claims from Part 2** | 5b.  + | $188,739,000.00 |
| **5c** | **Total of Parts 1 and 2** | 5c. | $188,739,000.00 |

**Fill in this information to identify the case:**

Debtor name: <u>Wythe Berry Fee Owner LLC</u>

United States Bankruptcy Court for the: <u>Southern District of New York</u>
(State)

Case number (*If known*): <u>22-11340 (MG)</u>    Chapter <u>11</u>

☐ Check if this an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**  **Does the debtor have any executory contracts or unexpired leases?**

☒  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | **Title of Contract** <br> **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name: <u>Wythe Berry Fee Owner LLC</u>

United States Bankruptcy Court for the: <u>Southern District of New York</u>
                                                            (State)

Case number (*If known*): <u>22-11340 (MG)</u>

☐ Check if this an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☒  Yes.

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G**. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| 2.1 <u>All Year Holdings Limited</u> | <u>199 Lee Avenue, #693</u><br>Street<br><br><u>Brooklyn        NY        11211</u><br>City              State            Zip Code | <u>Mishmeret Trust Company Ltd.</u> | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 <u>Healthquarters Site 2 Williamsburg, LLC</u> | <u>55 Wythe Avenue</u><br>Street<br><br><u>Brooklyn        NY        11249</u><br>City              State            Zip Code | <u>Schimenti Construction Co LLC</u> | ☒ D<br>☐ E/F<br>☐ G |