UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
In re                                                                              :        Chapter 11
:
WYTHE BERRY FEE OWNER LLC,                               :        Case No. 22-11340 (MG)
:
Debtor.[1]                                                           :
:
:
---------------------------------------------------------------X

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER, PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e), TO WITHDRAW ZACHARY DENVER AS AN ATTORNEY OF RECORD FOR THE DEBTOR**

Upon the Motion for Entry of an Order, Pursuant To Local Bankruptcy Rule 2090-1(e), to withdraw Zachary Denver, Esq. (the "Motion"),[2] dated June 23, 2023 [ECF Doc. #143] the Court having reviewed the Motion; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§1410, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P) and (iv) notice of Presentment of the Motion was sufficient under the circumstances, and the Court having found and determined that the relief sought in the Motion is appropriate, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

**ORDERED**, that the Motion is granted as provided herein; and it is further

**ORDERED**, that Zachary Denver is withdrawn as a Herrick Feinstein LLP attorney of record on behalf of the Wythe Berry Fee Owner LLC; and it is further

---

[1] The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211. The last four digits of the Debtor's Federal Tax Id. No. are 9776.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

**ORDERED**, that Zachary Denver shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

**IT IS SO ORDERED.**

Dated:  June 30, 2023
         New York, New York

                                              /s/ Martin Glenn
                                            MARTIN GLENN
                                     Chief United States Bankruptcy Judge