## Davis Polk

Elliot Moskowitz
+1 212 450 4241
elliot.moskowitz@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

August 23, 2023

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: *In re Wythe Berry Fee Owner LLC, No. 22-11340 (MG)*
    *Wythe Berry Fee Owner LLC v. Wythe Berry LLC et al., Adv. Proc. No. 23-01012 (MG)*

Dear Chief Judge Glenn:

We represent Mr. Yoel Goldman in connection with the above-referenced chapter 11 proceedings of Wythe Berry Fee Owner LLC, and in the above-referenced adversary proceeding.   We write in response to the Court's request during the August 8, 2023 status conference to be informed of further developments in the American Arbitration Association ("AAA") proceeding between Mr. Goldman and Mr. Zelig Weiss.

Attached as Exhibit A hereto is a copy of the most recent panel order in the AAA proceeding, which allows Mr. Weiss to continue negotiations regarding a Proposed Transaction (as defined therein) but enjoins him from unilaterally "directly or indirectly consummating, entering into, executing or otherwise finalizing any Proposed Transaction," and requires him to "immediately provide access" to the books and records of Wythe Berry LLC." *See* Procedural Order No. 1 - Interim Relief & Initial Scheduling, ¶¶ 3-4, AAA Case #01-23-0001-2090 (Aug. 22, 2023).[1]

I have been advised that the AAA panel intends to issue a further order with respect to the injunction in the coming days.  We will file such further order with the Court when it is issued.

Respectfully submitted,

/s/ Elliot Moskowitz
Elliot Moskowitz

**Via ECF**

---

[1] We have redacted Zoom conference call details from the body of the order.