

1 (202) 551-1902
nicholasbasset@paulhastings.com

August 30, 2023

**VIA EMAIL AND ECF**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

**Re:** *Wythe Berry Fee Owner LLC,* **Case No. 22-11340 (MG)**

Dear Chief Judge Glenn:

We represent Zelig Weiss in connection with the above-referenced chapter 11 case of Wythe Berry Fee Owner LLC (the "Debtor").  Further to the discussion that occurred on the record at today's case management conference, we write to respond to the letter to the Court from counsel to Yoel Goldman dated August 25, 2023 [ECF No. 173] (the "Goldman Letter") and to provide a further update on the pending American Arbitration Association ("AAA") proceeding brought by Mr. Goldman against Mr. Weiss.

The Goldman Letter purports to summarize "Procedural Order No. 2," dated and issued by the arbitration panel on August 24, 2023 ("PO No. 2").  The Goldman Letter, however, omits the most significant aspect of PO No. 2: the arbitration panel, acting unanimously, specifically rejected Mr. Goldman's argument that the "Major Decisions" clause of the Fifth Amendment to the Operating Agreement of Wythe Berry LLC – the primary entity in which Mr. Goldman and Mr. Weiss are members – prohibits Mr. Weiss, without Mr. Goldman's consent, from bidding on and acquiring assets of the Debtor, including The William Vale Hotel Complex, in his individual capacity.  Rather, the panel concluded that Mr. Goldman "has not established on this record that the Major Decisions provision applies to [Mr. Weiss] in his personal and individual capacity, while not acting on behalf of 'the Company [*i.e.*, Wythe Berry LLC].'" In other words, the panel held no basis exists to enjoin Mr. Weiss from entering into a transaction with the Debtor.

Notwithstanding that holding, as noted in the Goldman Letter, the panel ordered that the temporary injunction set forth in its "Procedural Order No. 1" that enjoins Mr. Weiss from entering into a transaction with the Debtor (*see* ECF No. 171 – Ex. A), shall continue "until forty-five (45) days after such time as Claimant is provided with all of the Subject Books and Records as either acknowledged by Claimant or by order of the Panel after the Production Protocol is conducted, including, if necessary, the submission of any Redfern Chart, the Panel's decision thereon and the subsequent production, if any, so-ordered by the Panel." *See* PO No. 2 § II.D at p.8. As the Court noted during today's conference, this externally-imposed constraint on the ability of the Debtor and Mr. Weiss to enter into a proposed transaction regarding the Debtor's assets threatens to disrupt this bankruptcy case, and may run afoul of the automatic stay.

Additionally, as discussed during today's conference, Mr. Weiss through counsel wrote to the panel earlier today requesting a modification of the above-quoted portion of PO No. 2.  The letter explains both (i) the extent of the information Wythe Berry LLC already provided to Mr. Goldman (including having provided some three months ago all of the same information Wythe Berry LLC produced to the Debtor and its advisors pursuant to the stipulation and order entered in this case on March 2, 2023 [ECF No. 90]) –



The Honorable Martin Glenn
August 30, 2023
Page 2

information that is more than sufficient for Mr. Goldman to formulate a bid, and (ii) the important difference between Company books and records to which Mr. Goldman may be entitled as a member of Wythe Berry LLC and information he reasonably might need to bid on the hotel complex.  As requested by the Court, a copy of Mr. Weiss's letter to the panel is attached hereto at **Exhibit A**. In response, the panel has directed that Mr. Goldman submit a response, if any, no later than 5:00 pm ET on September 6, 2023.

Mr. Weiss will keep the Court apprised of any further updates in the arbitration.


Respectfully Submitted,

*/s/ Nicholas A. Bassett*

Nicholas Bassett
of PAUL HASTINGS LLP

Encl.

cc:  All Counsel of Record (by ECF)

**EXHIBIT A**

**ABRAMSON BROOKS** LLP
*Your Needs. Our Know-How.*

JON SCHUYLER BROOKS
Partner
(516) 455-0215
jbrooks@abramsonbrooks.com

Abramson Brooks LLP
1051 Port Washington Blvd. #322
Port Washington, NY 11050

August 30, 2023

*Via E-Mail*

Maureen Beyers, Esq.
Linda Gerstel, Esq.
Kevin Schlosser, Esq.

    Re: *Goldman v. Weiss*, No. 01-23-0001-2090 (AAA)

Dear Chair Beyers and Members Gerstel and Schlosser:

    As you know, this firm represents Respondent, Zelig Weiss. On behalf of Respondent, and pursuant to R-52(a), I write at this time to request a modification of Procedural Order No. 2; specifically, Section II.D., continuing the temporary injunction imposed under Procedural Order No. 1 "until forty-five (45) days after such time as Claimant is provided with all of the Subject Books and Records as either acknowledged by Claimant or by order of the Panel after the Production Protocol is conducted, including, if necessary, the submission of any Redfern Chart, the Panel's decision thereon and the subsequent production, if any, so-ordered by the Panel." *See* PO No. 2 § II.D at p.8.

    Respondent accepts that Claimant, ***in his capacity as a potential bidder for assets of Wythe Berry Fee Owner LLC*** ("Fee Owner" or the "Debtor"), should have access to all information necessary for Claimant to formulate "a competing bid." Respectfully, however, the Panel's decision as written overlooks the fact that the universe of such "bidder-relevant information" is significantly more narrow than "all of the Subject Books and Records" to which Claimant, **as a Member of Wythe Berry LLC** (the "Company"), may be entitled under Article IX of the Company's Operating Agreement. Consequently, to the extent the Panel deems it necessary to continue the temporary injunction, Respondent respectfully submits any such continuation must end no later than the date on which the Company provides sufficient "bidder-relevant information" (the "Injunction End Date").

    Respondent respectfully submits further that the Injunction End Date already has passed. In support of that fact, Respondent notes the Company already provided Claimant sufficient "bidder-relevant information" from which to formulate a competing bid. As mentioned during the August 21, 2023 Preliminary Hearing, on June 8, 2023 – ***almost three months ago*** – the Company provided to Claimant a copy of all information previously provided to the Debtor in response to the Debtor's information requests concerning The William Vale Complex. That information includes the following, among other documents and information:

**ABRAMSON BROOKS** LLP

Maureen Beyers, Esq.
Linda Gerstel, Esq.
Kevin Schlosser, Esq.
August 30, 2023
Page 2

| | Wythe Berry LLC | The William Vale Hotel LLC | The William Vale FNB LLC | North 12 Parking LLC |
|---|---|---|---|---|
| **2019 P&L Statements (Full Year & Monthly)** | YES | YES | YES | YES[1] |
| **2020 P&L Statements (Full Year & Monthly)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2021 P&L Statements (Full Year & Monthly)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2022 P&L Statements (Full Year & Monthly)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2023 P&L Statements (Q1)** | YES | YES | YES | (consolidated with TWVH LLC) |
| | | | | |
| **2020 Balance Sheet** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2021 Balance Sheet** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2022 Balance Sheet** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2023 Balance Sheet (Q1)** | YES | YES | YES | (consolidated with TWVH LLC) |
| | | | | |
| **2019 General Ledger (Full Year & Monthly)** | YES | YES | YES | N/A[2] |
| **2020 General Ledger (Full Year & Monthly)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2021 General Ledger (Full Year & Monthly)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2022 General Ledger (Full Year & Monthly)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2023 General Ledger (Q1)** | YES | YES | YES | (consolidated with TWVH LLC) |
| | | | | |
| **2019 Payables (Full Year)** | YES | YES | YES | N/A |
| **2020 Payables (Full Year)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2021 Payables (Full Year)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2022 Payables (Full Year)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2023 Payables (Q1)** | YES | YES | YES | (consolidated with TWVH LLC) |
| | | | | |
| **2019 Receivables (FY)** | YES | YES | YES | N/A |
| **2020 Receivables (FY)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2021 Receivables (FY)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2022 Receivables (FY)** | YES | YES | YES | (consolidated with TWVH LLC) |
| **2023 Receivables (Q1)** | YES | YES | YES | (consolidated with TWVH LLC) |

---

[1] As of 2020 (through the present), North 12 Parking LLC financials are consolidated with TWVH LLC. North 12 Parking LLC's financial reporting for 2019 was provided through its 2019 Income Statement, tax return, and all 2019 bank records, among other relevant materials.

[2] Items marked N/A within this table represent materials either inapplicable to the designated entity and/or unavailable because such materials or records do not exist or have not (yet) been created, as applicable.

**ABRAMSON BROOKS** LLP

Maureen Beyers, Esq.
Linda Gerstel, Esq.
Kevin Schlosser, Esq.
August 30, 2023
Page 3

|  | **Wythe Berry LLC** | **The William Vale Hotel LLC** | **The William Vale FNB LLC** | **North 12 Parking LLC** |
|---|---|---|---|---|
| **2019 Forecasts & Budgets (Full Year)** | N/A | YES | YES | N/A |
| **2020 Forecasts & Budgets (Full Year & Monthly)** | N/A | YES | YES | N/A |
| **2021 Forecasts & Budgets (Full Year & Monthly)** | N/A | YES | YES | N/A |
| **2022 Forecasts & Budgets (Full Year & Monthly)** | N/A | YES | YES | N/A |
| **2023 Forecasts & Budgets (Q1)** | N/A | YES | YES | N/A |
|  |  |  |  |  |
| **2019 Adv. Deposit Ledger** | N/A | YES | YES[3] | N/A |
| **2020 Adv. Deposit Ledger** | N/A | YES | YES | N/A |
| **2021 Adv. Deposit Ledger** | N/A | YES | YES | N/A |
| **2022 Adv. Deposit Ledger** | N/A | YES | YES | N/A |
| **2023 Adv. Deposit Ledger (as of Feb. 2023)** | N/A | YES | YES | N/A |
|  |  |  |  |  |
| **PPP Loan Data and Status** | N/A | YES | YES | N/A |
|  |  |  |  |  |
| **Leases, Rent Rolls, Management Agreements and other Property-level contracts** | YES | YES | YES | YES |
|  |  |  |  |  |
| **STR Reports (daily, monthly, and annual occupancy rates, ADR, and RevPAR)** | N/A | YES | N/A | N/A |
|  |  |  |  |  |
| **2019 Annual Business Plan** | N/A | YES | N/A | N/A |
| **2020 Annual Business Plan** | N/A | YES | N/A | N/A |
| **2021 Annual Business Plan** | N/A | N/A | N/A | N/A |
| **2022 Annual Business Plan** | N/A | YES | N/A | N/A |
| **2023 Annual Business Plan** | N/A | YES | N/A | N/A |
|  |  |  |  |  |
| **2019 PACE and Labor Productivity Report** | N/A | N/A | N/A | N/A |
| **2020 PACE and Labor Productivity Report** | N/A | YES | N/A | N/A |
| **2021 PACE and Labor Productivity Report** | N/A | YES | N/A | N/A |
| **2022 PACE and Labor Productivity Report** | N/A | YES | N/A | N/A |
| **2023 PACE and Labor Productivity Report** | N/A | YES | N/A | N/A |
|  |  |  |  |  |
| **Insurance Policies and Amendments thereto** | YES | YES | YES | (coverage with WB LLC) |
|  |  |  |  |  |
| **2019 Bank Records** | YES | YES | YES | YES |
| **2020 Bank Records** | YES | YES | YES | YES |
| **2021 Bank Records** | YES | YES | YES | YES |

---

[3] All TWV FNB LLC advanced deposits (only years 2021 to present) have been provided.

**ABRAMSON BROOKS** LLP

Maureen Beyers, Esq.
Linda Gerstel, Esq.
Kevin Schlosser, Esq.
August 30, 2023
Page 4

|  | **Wythe Berry LLC** | **The William Vale Hotel LLC** | **The William Vale FNB LLC** | **North 12 Parking LLC** |
|---|---|---|---|---|
| **2022 Bank Records** | YES | YES | YES | YES |
| **2023 Bank Records[4]** | YES | YES | YES | YES |
|  |  |  |  |  |
| **2019 FFE (furniture, fixtures, and equipment)** | N/A | YES | YES | N/A |
| **2020 FFE** | N/A | YES | YES | N/A |
| **2021 FFE** | N/A | YES | YES | N/A |
| **2022 FFE** | N/A | YES | YES | N/A |
| **2023 FFE** | N/A | N/A | N/A | N/A |

This information is more than sufficient for Claimant, or any legitimate bidder, to formulate a bid for assets of Fee Owner. That fact is demonstrated by Claimant's own actions: Yesterday, August 29, 2023, the Debtor's counsel shared with Respondent's bankruptcy counsel and with me the fact (without any details) that, on behalf of Claimant, Claimant's bankruptcy counsel this past week told Debtor's counsel that Claimant is preparing a term sheet to acquire assets of the Debtor or otherwise propose a transaction involving The William Vale Complex. Claimant's actions, therefore, demonstrate that Claimant already possesses sufficient information to formulate a competing bid.[5]

---

[4] 2023 Bank Records (*i.e.* statements) were provided as of approximately February or March 2023.

[5] Notwithstanding the sufficiency of the "June 8 information," on July 28, 2023, the Company provided updated information requested by Claimant, including the following:

|  | **Wythe Berry LLC** | **The William Vale Hotel LLC** | **The William Vale FNB LLC** | **North 12 Parking LLC** |
|---|---|---|---|---|
| **2023 P&L Statement (April)** | YES | YES | YES | YES (in TWVH LLC) |
| **2023 P&L Statement (May)** | YES | YES | YES | YES (in TWVH LLC) |
| **2023 P&L Statement (June)** | YES | N/A | N/A | YES (in TWVH LLC) |
|  |  |  |  |  |
| **2023 Balance Sheet (April)** | YES | YES | YES | YES (in TWVH LLC) |
| **2023 Balance Sheet (May)** | YES | YES | YES | YES (in TWVH LLC) |
| **2023 Balance Sheet (June)** | YES | N/A | N/A | YES (in TWVH LLC) |

Furthermore, on August 25, 2023, the Company provided even more information requested by Claimant, including the following:

|  | **Wythe Berry LLC** | **The William Vale Hotel LLC** | **The William Vale FNB LLC** | **North 12 Parking LLC** |
|---|---|---|---|---|
| **2019 Federal Tax Return** | YES | YES | YES | YES |
| **2020 Federal Tax Return** | YES | YES | YES | YES |
| **2021 Federal Tax Return** | YES | YES | YES | YES |
|  |  |  |  |  |
| **2023 Bank Records (January through July)** | - | - | - | YES |

**ABRAMSON BROOKS** LLP

Maureen Beyers, Esq.
Linda Gerstel, Esq.
Kevin Schlosser, Esq.
August 30, 2023
Page 5

Given these facts, the Panel's decision to continue the temporary injunction for a period of "forty-five (45) days after such time as Claimant is provided with all of the Subject Books and Records," although no doubt driven by a desire to achieve a level playing field, opens the door to the unintended – and highly inequitable – consequence of enabling and empowering Claimant to delay (or, perhaps, derail) not only Respondent's effort to bid for assets of Fee Owner, but, critically, also the entire Fee Owner bankruptcy proceeding. Furthermore, in the event the Debtor enters into an agreement with Respondent and, as it must, seeks Bankruptcy Court approval of such agreement, that fact will *not* foreclose Claimant (or any legitimate bidders) from submitting an alternative proposal to the Debtor to acquire its assets; to the contrary, it is anticipated that qualified bidders will have ***more than 60 days*** from the date of execution of any such agreement between the Debtor and Respondent in which to do so.

Finally, to prevent any misunderstanding of this request, the Company will comply with Section II.A of PO No. 2, and will continue to produce to Claimant "all of the Subject Books and Records." Claimant, however, should not be permitted to use (or abuse) that process to delay the ability of the Debtor and Respondent to conclude their negotiations and enter into agreements relating to the Proposed Transaction.

Respondent thanks the Panel for its prompt consideration of this request.

Respectfully,

*Jon Schuyler Brooks*

Jon Schuyler Brooks

JSB:ms

cc:   John Fenimore (AAA) (via email)
      Andrew Levander, Esq. (via email)
      Gary Mennitt, Esq. (via email)
      Brett Kohlhofer, Esq. (via email)
      Nina Riegelsberger, Esq. (via email)