**HERRICK, FEINSTEIN LLP**
Stephen B. Selbst
Janice Goldberg
Steven B. Smith
Rodger T. Quigley
Two Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
jgoldberg@herrick.com
ssmith@herrick.com
rquigley@herrick.com

*Counsel for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| WYTHE BERRY FEE OWNER LLC, | : | Case No. 22-11340 (MG) |
| Debtor.[1] | : |  |

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the following were served on May 13, 2024, via CM/ECF and via Electronic Service on all parties requesting electronic notification in the above-captioned chapter 11 case, and via First Class U.S. Mail as indicated:

1. *Declaration of Daniel Sasson Regarding the Solicitation and Tabulation of Votes on the Second Amended Plan of Reorganization of Wythe Berry Fee Owner LLC* [ECF 333]

2. *Notice of Filing of Plan Supplement* [ECF 335]

3. *Declaration of Assaf Ravid in Support of Confirmation of Third Amended Chapter 11 Plan of Reorganization of Wythe Berry Fee Owner LLC* [ECF 336]

---

[1] The Debtor's principal offices are located at The William Vale Hotel, 111 N. 12th Street, Brooklyn, NY 11249. The last four digits of the Debtor's Federal Tax Id. No. are 9776.

4. *Debtor's Opening Brief in Support of Confirmation of Third Amended Chapter 11 Plan of Reorganization of Wythe Berry Fee Owner LLC* [ECF 337]

5. *Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Amended Chapter 11 Plan of Wythe Berry Fee Owner LLC* [ECF 338]

6. *Disclosure Statement for Third Amended Chapter 11 Plan of Reorganization of Wythe Berry Fee Owner LLC* [ECF 339]

7. *Third Amended Plan of Reorganization of Wythe Berry Fee Owner LLC* [ECF 340]

8. *Amended and Restated Settlement Agreement* {ECF 341]

9. *Motion of Debtor for Entry of an Order Authorizing Page Limit Extension for Debtor's Reply in Support of the (I) Third Amended Chapter 11 Plan of Reorganization of Wythe Berry Fee Owner LLC and (II) Debtor's Motion for Entry of an Order Approving Settlement Agreement Pursuant to Bankruptcy Rule 9019* [Docket No. 346]

10. *Debtors Reply in Support Of (i) Third Amended Chapter 11 Plan Of Reorganization Of Wythe Berry Fee Owner LLC And (ii) Debtors Motion For Entry Of An Order Approving Settlement Agreement Pursuant To Bankruptcy Rule 9019* [ECF 352]

11. *Declaration Of Assaf Ravid in Further Support Of (i) Third Amended Chapter 11 Plan Of Reorganization Of Wythe Berry Fee Owner LLC And (ii) Debtors Motion For Entry Of An Order Approving Settlement Agreement Pursuant To Bankruptcy Rule 9019* [ECF 354].

<u>U.S. First Class Mail on May 14, 2024</u>:

**Argo Partners**
12 West 37th Street, 9th Floor
New York, NY 10018

By: /s/ *Stephen B. Selbst*
      Stephen B. Selbst