**EXHIBIT A**

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | | |
| ------------------------------------------------------------x<br>In re:<br><br>WYTHE BERRY FEE OWNER LLC,<br><br>Debtor.<br>------------------------------------------------------------x | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 22-11340 (MG) |

## ORDER GRANTING MOTION TO WITHDRAW

THE COURT having read and considered the Motion of Paul Hastings LLP to Withdraw as Counsel to Zelig Weiss (the "Motion"), filed by Paul Hastings LLP ("Paul Hastings") on June 3, 2025; and the Court having determined that good cause exists to grant the Motion, **IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The law firm of Paul Hastings is granted leave to withdraw as a firm of record for Zelig Weiss in the above-captioned case and all related adversary proceedings and is deemed to have withdrawn.

3. Paul Hastings is hereby relieved of any further duty related to the above-captioned chapter 11 case and all related adversary proceedings, including motions, trials, discovery, and all other matters.

4. The Clerk is directed to remove Paul Hastings from CM/ECF noticing and the mailing matrix with respect to the above-captioned chapter 11 case and all related adversary proceedings.

IT IS SO ORDERED.

_____
Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York